IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00762-MSK-BNB

DARYL C. PIERCE,

       Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, a Utah corporation,

       Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

       IT IS HEREBY ORDERED that the above-entitled action is hereby dismissed with prejudice, each party to pay his or its own costs.

       DATED this 15th day of October, 2007.

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge